# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

---

In re:

Jane Jennifer Conrad,

        Debtor.

---

Sandy Klocker,

        Plaintiff,

v.

Jane Jennifer Conrad,

        Defendants.

Case No. 25-60619

Chapter 7

Adv. Proc. No. 25-06026

---

## AMENDED JUDGMENT

---

This proceeding came before the Court, and a decision or order for judgment was duly rendered, William J. Fisher, United States Bankruptcy Judge, presiding.

**IT IS HEREBY ORDERED AND ADJUDGED:**

1. Default judgment is entered in favor of Sandy Klocker and against Jane Conrad.

2. The debt owed to Plaintiff in the amount of $53,185.89 together with taxable costs of $350.00, plus post-judgment interest as allowed by law, is nondischargeable under 11 U.S.C. § 523(a)(6).

Dated: *February 27, 2026*

        Tricia Pepin
        United States Bankruptcy Court Clerk

        By: /e/ Deanie Hatch
        Deputy Clerk